THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Ricardo Acevedo, Appellant.
 
 
 

Appeal From Beaufort County
Thomas A. Russo, Circuit Court Judge

Unpublished Opinion No.  2012-UP-241  
 Submitted April 2, 2012  Filed April 25,
2012

AFFIRMED

 
 
 
 Deputy Chief Appellate Defender Wanda H.
 Carter and Appellate Defender Tristan M. Shaffer, both of Columbia, for
 Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Assistant Attorney General David Spencer, all of Columbia; and
 Solicitor Isaac McDuffie Stone, III, of Beaufort, for Respondent.
 
 
 

PER CURIAM:  Ricardo
 Acevedo appeals his conviction of second degree criminal sexual conduct with a
 minor, arguing the trial court impermissibly commented on the weight of the
 impeachment evidence when it instructed the jury "time is not an element
 of the crime."  We
 affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authority:  State v. Brandt,
 393 S.C. 526, 549, 713 S.E.2d 591, 603 (2011) ("In reviewing jury charges
 for error, [the appellate court] must consider the [trial] court's jury charge
 as a whole in light of the evidence and issues presented at trial.  A jury
 charge is correct if, when the charge is read as a whole, it contains the
 correct definition and adequately covers the law." (citation and internal
 quotation marks omitted)).  
AFFIRMED.
WILLIAMS, THOMAS, and
 LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.